**Illinois Surety Company, defendant in error, v. Fred B. Rhodes, plaintiff in error. Gen. No. 24,396.**

Action by principal against agent to recover balance due for premiums on surety bonds executed by defendant on behalf of plaintiff. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919. Rehearing denied and opinion modified October 23, 1919.

John S. Burchmore and Oliver & Mecartney, for plaintiff in error. Moses, Rosenthal & Kennedy, for defendant in error; Walter Bachrach, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Albert J. Pardridge and Harold Bradley, appellees, v. Wilton B. Martin, appellant. Gen. No. 24,531.**

Action to recover brokers' commission for sale of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of facts. Opinion filed October 10, 1919.

Donald H. Mann, for appellant. D. K. Cochrane, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Royal C. Wise, plaintiff in error, v. National Oxygen Company, defendant in error. Gen. No. 24,541.**

Action to recover sale price of oxygen and hydrogen compressor. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

A. G. Dicus, for plaintiff in error. Fischer, Thornton, Fischer & Hazard, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**Keeley Brewing Company, appellee, v. Annie Masla, also known as Annie Endeikis, appellant. Gen. No. 24,551.**

Action to recover balance due for goods sold and delivered. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Isidore Fried, for appellant. Meagher, Whitney, Ricks & Sullivan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.